UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

JAMES CHURCHILL,

    Plaintiff,

  v.    Case  08 CV 1185

AFNI, INC.,

    Defendant.

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

I hereby enter my appearance as counsel in this case for:

**AFNI, INC.**

I certify that I am admitted to practice in this court.

Date:  August 27, 2008

    Respectfully submitted,
    AFNI, INC.

    By:  s/ David M. Schultz
    David M. Schultz
    HINSHAW & CULBERTSON LLP
    222 North LaSalle Street, Suite 300
    Chicago, IL 60601
    312-704-3000
    312-704-3001 (f)
    dschultz@hinshawlaw.com

6355996v1  891652  36607

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES CHURCHILL,<br><br>        Plaintiff,<br><br>    v.<br><br>AFNI, INC.,<br><br>        Defendant. | Case  08 CV 1185 |

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 27, 2008, I electronically filed Entry of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Cathleen M. Combs, Daniel A. Edelman    courtecl@edcombs.com;
Francis R. Greene, & James O. Latturner    ccombs@edcombs.com;
Edelman, Combs, Latturner & Goodwin, LLC    jlatturner@edcombs.com; and
120 South LaSalle Street, 18th Floor    fgrenne@edcombs.com
Chicago, Illinois 60603

                                Respectfully submitted,
                                AFNI, INC.

                                By: <u>s/ David M. Schultz</u>
                                David M. Schultz
                                HINSHAW & CULBERTSON LLP
                                222 North LaSalle Street, Suite 300
                                Chicago, IL 60601
                                312-704-3000
                                312-701-3001 (f)
                                dschultz@hinshawlaw.com

6355996v1 891652 36607